George Van WAGNER, Plaintiff—Appellant,

v.

Darrell MCGRAW, Attorney General, State of West Virginia; Magistrate Joan Bragg, Chief Magistrate, Magistrate Court of Berkeley County, WV; Ruby Kay Hawkins, Magistrate Clerk, Magistrate Court of Berkeley County, WV; Judge David Sanders, Chief Administrative Judge, Circuit Court of Berkeley County, WV; Virginia Sine, Circuit Court Clerk, Circuit Court of Berkeley County, WV; Corporal Joseph Walker, Corporal for WV State Police, Martinsburg Detachment; Pamela Games–Neely, Prosecuting Attorney, Office of the Prosecuting Attorney for Berkeley County, WV, Defendants—Appellees.

No. 11–1792.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 22, 2011.

George Van Wagner, Appellant Pro Se.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Van Wagner appeals the district court's order denying relief on his "Emergency Petition for Writ of Prohibition." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Van Wagner v. McGraw,* No. 3:11–cv–00058–JPB–DJJ (N.D.W.Va. July 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*